**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEAN DENIS LOUIS,<br><br>                                   Petitioner,<br><br>         v.<br><br>CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Center; KRISTI NOEM, Secretary, U.S. Department of Homeland Security, PAMELA BONDI, Attorney General, U.S. Department of Justice; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement, PATRICK DIVVER, Field Office Director, San Diego Field Office, U.S. Immigration and Customs Enforcement; SIRCE OWEN, Acting Director of the Executive Office for Immigration Review (EOIR), U.S. Department of Justice,<br><br>                                   Respondents. | Case No.:  26cv0505 DMS VET<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

In light of the parties' Joint Motion to Dismiss, the Court hereby dismisses this case as moot.

**IT IS SO ORDERED**.

Dated:  February 23, 2026

Hon. Dana M. Sabraw
United States District Judge

1

26cv0505 DMS VET